JULIE A. DUNNE, Bar No. 160544
LARA K. STRAUSS, Bar No. 222866
JOSHUA D. LEVINE, Bar No. 239563
Littler Mendelson
A Professional Corporation
501 West Broadway, Suite 900
San Diego, CA 92103
Telephone:   619.232.0441

Attorneys For Defendant
NORDSTROM, INC. dba NORDSTROM RACK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN B. LOCKHART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC. dba NORDSTROM RACK and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.  2:10-cv-03148-FCD-KJN<br><br>**STIPULATION AND ORDER FOR FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: October 12, 2010<br>Trial Date: None Set |

**ORDER**

Good cause appearing, the Court grants the parties the relief sought in their stipulation seeking leave of this Court allowing Plaintiff to file her First Amended Complaint.

IT IS SO ORDERED.

Dated:   January 11, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1.