UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN B. LOCKHART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC. dba NORDSTROM RACK and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.  2:10-cv-03148-FCD-KJN<br><br>**ORDER REGARDING STIPULATION OF SETTLEMENT AND REQUEST FOR DISMISSAL**<br><br>Complaint Filed:  October 12, 2010<br>Trial Date:  None Set |

**ORDER**

After considering the parties' Stipulation of Settlement and Request for Dismissal and all papers submitted in support thereof, including the Confidential Settlement Agreement and General Release between the parties, the Court hereby determines that the settlement of this action is fair and reasonable and hereby approves the terms of the settlement.  In accordance with the terms of the settlement, the Court orders that:

(1)  The above-captioned action, including all claims brought by Plaintiff Kristen Lockhart, including her claim under the Private Attorneys General Act, California Labor Code sections 2698-2699.3, are hereby dismissed with prejudice;

(2)  The action is dismissed without prejudice as to the putative class members; and

(3)  The parties are not required provide notice of this settlement to members of the putative class.

IT IS SO ORDERED.

Dated:   August 1, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER DETERMINING FAIRNESS
AND DISMISSING ACTION                           1